AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>JEANDIEL SERRANO | ) Case: 1:24-cr-00417<br>) Assigned To : Judge Colleen Kollar-Kotelly<br>) Assign. Date : 9/17/2024<br>) Description: INDICTMENT (B)<br>) |
| Defendant | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)   JEANDIEL SERRANO

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1349  (Conspiracy to Commit Wire Fraud); 18 U.S.C. § 1956(h) (Conspiracy to Launder Monetary Instruments)

Date:   09/17/2024

_____
Issuing officer's signature

City and state:     Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
Printed name and title

| Return |
|---|
| This warrant was received on (date) _____ , and the person was arrested on (date) 9/18/24<br>at (city and state) LAX Airport, Los Angeles, CA<br><br>Date: 9/18/24<br>_____<br>Arresting officer's signature<br><br>Leyla Wiaz, Special Agent<br>Printed name and title |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

2·24-mj- 5703

Holding a Criminal Term
Grand Jury Sworn in on June 14, 2024

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | UNDER SEAL |
| | : | |
| MALONE LAM, | : | VIOLATIONS: |
| Also known as "Anne Hathaway," | : | |
| Also known as "$$$," and | : | COUNT 1: |
| | : | 18 U.S.C. § 1349 |
| JEANDIEL SERRANO, | : | (Conspiracy to Commit Wire Fraud) |
| Also known as "VersaceGod," | : | |
| Also known as "@SkidStar," | : | COUNT 2: |
| | : | 18 U.S.C. § 1956(h) |
| Defendants. | : | (Conspiracy to Launder Monetary |
| | : | Instruments) |
| | : | |
| | : | FORFEITURE: |
| | : | 18 U.S.C. §§ 981 and 982, 21 U.S.C. § |
| | : | 853(p), and 28 U.S.C. § 2461(c) |

INDICTMENT

The Grand Jury charges that, at all times material to this Indictment, on or about the dates

and times stated below:

Case: 1:24-cr-00417
Assigned To : Judge Colleen Kollar-Kotelly
Assign. Date : 9/17/2024
Description: INDICTMENT (B)

The Conspiracy

1.      From at least in or around August 2024 and continuing through at least September

2024, **MALONE LAM** ("**LAM**") and **JEANDIEL SERRANO** ("**SERRANO**") conspired with

each other and others to carry out cryptocurrency thefts and to launder stolen cryptocurrency

through various cryptocurrency exchanges and mixing services.

2.      The co-conspirators in this scheme included, among others,

a.   **MALONE LAM**, who used the online monikers "Anne Hathaway," and "$$$" to coordinate and execute cryptocurrency fraud; and

b.   **JEANDIEL SERRANO**, who used the online monikers "VersaceGod" and "@SkidStar" to coordinate and execute cryptocurrency fraud.

## Purpose of the Conspiracy

3.    The object of the conspiracy was for **LAM, SERRANO**, and others (collectively, the "co-conspirators") to unjustly enrich themselves by targeting victims for cryptocurrency thefts and fraud and laundering the proceeds to disguise the origin and ownership of the stolen cryptocurrency.

## Manner and Means

4.    Beginning at least in or around August 2024 until at least September 2024, **LAM, SERRANO**, and other co-conspirators, within the District of Columbia and elsewhere, carried out the conspiracy through the following manner and means, among others:

a.   Co-conspirators, including **LAM, SERRANO**, and others gained access to victim cryptocurrency accounts and unlawfully transferred victim funds into their possession.

b.   Co-conspirators, including **LAM, SERRANO**, and others laundered fraud proceeds through various cryptocurrency exchanges and mixing services in an attempt to conceal and disguise the origin and ownership of the stolen proceeds.

c.   Co-conspirators, including **LAM, SERRANO**, and others used the illegally obtained cryptocurrency to purchase international travel, service at

nightclubs, numerous luxury automobiles, watches, jewelry, designer handbags, and to pay for rental homes in Los Angeles and Miami.

5.      Among other things, on or about August 18, 2024, in furtherance of the conspiracy and to effect the objects thereof, the co-conspirators, including **LAM** and **SERRANO**, engaged in digital communications with Victim-1 in Washington, D.C., and through such communications fraudulently obtained the means to, and fraudulently did, transfer and steal over 4,100 Bitcoin ("BTC") (then worth over $230,000,000.00) from Victim-1.

**COUNT ONE**
**(18 U.S.C. § 1349)**
**(Conspiracy to Commit Wire Fraud)**

6.      Paragraphs 1 through 5 are re-alleged herein.

7.      Beginning on a date unknown, but no later than in or around August 2024, and continuing until in or around at least September 2024, within the District of Columbia and elsewhere, the defendants,

**MALONE LAM and**
**JEANDIEL SERRANO**

did knowingly and willfully conspire, confederate, and agree, with each other and with other persons, to commit wire fraud by devising, intending to devise, and engaging in a scheme to defraud and to obtain money, property, and cryptocurrency from Victim-1 and others by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing and attempting to execute the scheme to defraud, did knowingly cause to be transmitted by means of wire communications in interstate commerce, writings, signs, signals, pictures, and sounds.

(In violation of Title 18, United States Code, Section 1349)

3

## COUNT TWO
### (18 U.S.C. § 1956(a)(1)(B)(i))
### (Laundering of Monetary Instruments)

8.      Paragraphs 1 through 5 are re-alleged herein.

9.      From in or around at least August 2024 and continuing through at least September 2024, in the District of Columbia and elsewhere, the defendants,

### MALONE LAM and
### JEANDEIL SERRANO

did knowingly combine, conspire, and agree with each other and with other persons known and unknown to the Grand Jury to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit: the movement of $230,000,000 in stolen cryptocurrency which involved the proceeds of a specified unlawful activity, that is an offense under Title 18, United States Code, Section 1349, relating to the conspiracy to commit wire fraud as alleged in Count One of the Indictment, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

## MANNER AND MEANS

10.     The manner and means used to accomplish the objectives of the conspiracy included, among others,

   a.      Co-conspirators including **LAM** and **SERRANO**, directly and through others, transferring portions of the $230,000,000 in stolen cryptocurrency between multiple cryptocurrency addresses and through cryptocurrency

mixers and exchanges for the purpose of concealing ownership and disguising the origin and current location of the stolen funds.

b.      Co-conspirators including **LAM** and **SERRANO** using peel chains and pass-through wallet addresses for the purpose of concealing ownership and disguising the location of the stolen funds.

c.      Co-conspirators including **LAM** and **SERRANO** attempting to obfuscate their identities by using virtual private network ("VPN") services to attempt to mask their true IP addresses.

(In violation of Title 18, United States Code, Sections 1956(h) and 1956(a)(1)(B)(i))

## FORFEITURE ALLEGATION

11.     Upon conviction of the offense alleged in Count One of this Indictment, the defendants **LAM** and **SERRANO** shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to this offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

12.     Upon conviction of the offense alleged in Count Two of this Indictment, the defendants **LAM** and **SERRANO** shall forfeit to the United States any property, real or personal, involved in these offenses, and any property traceable to such property, pursuant to 18 U.S.C. § 982(a)(1).

## MONEY JUDGMENT

13.     In the event of conviction, the United States will seek a forfeiture money judgment against the defendants.

## SUBSTITUTE ASSETS

5

14.     If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

      a.   cannot be located upon the exercise of due diligence;

      b.   has been transferred or sold to, or deposited with, a third party;

      c.   has been placed beyond the jurisdiction of the Court;

      d.   has been substantially diminished in value; or

      e.   has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p).

(Criminal Forfeiture, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(1); Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p)).

A TRUE BILL

FOREPERSON

MATTHEW M. GRAVES
ATTORNEY FOR THE UNITED STATES
IN AND FOR THE DISTRICT OF COLUMBIA

FILED

MJ 24-05703

**2024 SEP 19  AM 9: 52**

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States | | CASE NUMBER |
|---|---|---|
| | PLAINTIFF(S) | 1:24-cr-00417 |
| v. | | |
| Jeandiel Serrano | | |
| | | **DECLARATION RE** |
| | | **OUT-OF-DISTRICT WARRANT** |
| | DEFENDANT(S). | |

The above-named defendant was charged by: indictment

in the United States _____ District of Columbia (District of Columbia) ___ on 9/17/2024

at _____ ☐ a.m. / ☐ p.m.  The offense was allegedly committed on or about _____

in violation of Title 18 _____ U.S.C., Section(s) 1349 and 1956(h) _____

to wit: Conspiracy to Commit Wire Fraud and Conspiracy to Launder Monetary

A warrant for defendant's arrest was issued by: Mag Judge Colleen Kollar-Kotelly _____

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____9/18/24____
Date

_____        Leyla Wirtz
Signature of Agent                       Print Name of Agent

FBI                                               Special Agent
Agency                                          Title

Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

**FILED**

MJ  24  0

**2024 SEP 19  AM 9: 52**

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____ aai

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| | PLAINTIFF | 1:24-cr-00417 |
| V. | | |
| Jeandiel Serrano | | **REPORT COMMENCING CRIMINAL ACTION** |
| USMS# _____ | DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed.  Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 9/18/2024 _____ at ☑ AM ☐ PM

   or

   The defendant was arrested in the _____ District of _____ on _____ at ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☐ Yes  ☐ No

4. Charges under which defendant has been booked:

   18 USC 1349 and 18 USC 1956

5. Offense charged is a:  ☐ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes   Language: _____

7. Year of Birth: 2003

8. Defendant has retained counsel:  ☐ No

   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: Leyla Wirtz _____  (please print)

12. Office Phone Number: 7036092552

13. Agency: FBI _____

14. Signature: _____

15. Date: 9/18/2024 _____

CR-64 (09/20)                    **REPORT COMMENCING CRIMINAL ACTION**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | | ☑ LA ☐ RS ☐ SA   DATE FILED: 9/19/2024 |
|---|---|---|
| | PLAINTIFF | CASE NUMBER: 2:24-mj-05703-DUTY   ☐ Under Seal |
| | | INIT. APP. DATE: 9/19/2024   TIME: 1:30 PM |
| v. | | CHARGING DOC: Out of District Affidavit |
| Jeandiel Serrano | | DEFENDANT STATUS: In Custody |
| | | ☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT |
| | DEFENDANT. | VIOLATION: 18:1349 |
| | | COURTSMART/REPORTER: CS 09/19/24 |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE  Steve Kim | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

PRESENT:  Connie Chung <u>Max Shapiro</u> <u>N/A</u>
            *Deputy Clerk*          *Assistant U.S. Attorney*        *Interpreter / Language*

☐ INITIAL APPEARANCE NOT HELD - CONTINUED

☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☐ preliminary hearing OR ☑ removal hearing / Rule 20.

☑ Defendant states true name ☑ is as charged ☐ is _____

☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.

☑ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.

☑ Attorney: Ryan Shelley       ☐ Retd. ☐ Apptd. ☐ Prev. Apptd. ☑ DFPD ☐ Panel ☐ Poss. Contribution

  Ordered (see separate order)   ☐ Special appearance by: _____

☑ Government's request for detention is: ☑ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED

☐ Contested detention hearing is held. ☑ Defendant is ordered: ☑ Permanently Detained ☐ Temporarily Detained (see separate order)

☐ BAIL FIXED AT $ _____ **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)**

☑ Government moves to UNSEAL Complaint/Indictment/Information (Entire Case:) ☑ GRANTED ☐ DENIED

☐ Preliminary Hearing waived. ☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties

☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.

☐ **PO/PSA WARRANT** ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.

☐ Preliminary Hearing set for _____ at 11:30 AM   in Los Angeles

☐ Post-Indictment Arraignment set for: _____ at 8:30 AM   in Los Angeles

☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED

☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED

☑ Defendant executed Waiver of Rights. ☐ Process received.

☑ Court ORDERS defendant Held to Answer to _____ District of Columbia

  ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____

  ☑ Warrant of removal and final commitment to issue. Date issued: 9/19/24 By CRD: Connie chung

  ☐ Warrant of removal and final commitment are ordered stayed until _____.

☐ Case continued to (Date) _____ (Time) _____ ☐ AM / ☐ PM

☐ Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge. Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____

☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.

☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.

☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.

☐ Electronic Release Order issued (*if issued using Release Book*: Release <u>Order No. _____</u> ).

☐ Other: _____

RECEIVED: ☐ PSA ☐ PROBATION ☐ FINANCIAL ☐ CR-10    ☐ READY    Deputy Clerk Initials: CC / OS

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:24-mj-5703 | Date | September 19, 2024 |
| Title | United States v. Jeandiel Serrano | | |

**Present: The Honorable**   Steve Kim, U.S. Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**      (IN CHAMBERS) **ORDER OF DETENTION**

The Court conducted a detention hearing on:

☐      The motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving:

☒      The motion of the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving: a serious risk that the defendant will flee.

☐      The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety of any person or the community [18 U.S.C. § 3142(e)(3)].

☐      The Court finds that the defendant ☐ has ☐ has not rebutted the presumption under 18 U.S.C. § 3142(e)(3) by sufficient evidence to the contrary.

\* \* \*

The Court finds that no condition or combination of conditions will reasonably assure:

     ☒ the appearance of the defendant as required (as proven by a preponderance of the evidence).

     ☒ the safety of any person or the community (as proven by clear and convincing evidence).

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:24-mj-5703 | Date | September 19, 2024 |
| Title | United States v. Jeandiel Serrano | | |

The Court bases its findings (in addition to any made on the record at the hearing) on the following grounds:

As to risk of non-appearance:

- ☐ Lack of bail resources or financially responsible sureties
- ☐ Refusal to interview with Pretrial Services
- ☐ No stable residence or employment
- ☐ Previous failure to appear or violations of probation, parole, or release
- ☐ Ties to foreign countries
- ☐ Unrebutted presumption [18 U.S.C. § 3142(e)]
- ☐ Weight of the evidence
- ☐ Length of potential incarceration if convicted
- ☐ History of alcohol or substance abuse
- ☐ Lack of significant community or family ties to this district
- ☐ Lack of legal status in the United States
- ☐ Use of alias(es) or false documents
- ☐ Prior attempt(s) to evade law enforcement
- ☐ Subject to removal or deportation after serving any period of incarceration
- ☒ Reasons set forth in PTS Report adopted by Court
- ☐

As to danger to the community:

- ☐ Nature of previous criminal convictions or prior criminal history
- ☐ Allegations in present charging document
- ☐ History of alcohol or substance abuse
- ☐ Already in custody on state or federal offense
- ☐ Unrebutted presumption [18 U.S.C. § 3142(e)]
- ☐ History of violence or use of weapons

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | 2:24-mj-5703 | Date | September 19, 2024 |

| Title | United States v. Jeandiel Serrano |

☐      Participation in criminal activity while on probation, parole or release

☒      Reasons set forth in PTS Report adopted by Court

☐

In reaching this decision, the Court considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)]  The Court also considered the evidence presented at the hearing, the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

**IT IS THEREFORE ORDERED that the defendant be detained until trial.** The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant will be afforded reasonable opportunity for private consultation with counsel.  On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.  [18 U.S.C. § 3142(i)]

Ryan Shelley
Deputy Federal Public Defender
321 E 2nd Street
Los Angeles, CA 90012
ryan_shelley@fd.org
213-894-2153



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER: |
|---|---|
| Plaintiff, | 2:24-mj-05703-DUTY |
| v. | |
| Jeandiel Serrano | **ADVISEMENT OF DEFENDANT'S STATUTORY & CONSTITUTIONAL RIGHTS** |
| Defendant. | |

You are in the United States District Court for the Central District of California because you have been charged with a crime against the United States or a violation of probation, supervised release, or pretrial release. The Court informs you that you have the following constitutional and statutory rights in connection with these proceedings:

You have the right to remain silent. Anything you say, sign, or write can be used against you in this or in any other case.

If you have not already received a copy of the charges, you will receive a copy today.

You have the right to hire and be represented by a lawyer of your choosing at each and every stage of these proceedings. If you cannot afford to hire a lawyer, you can apply to the Court to have a lawyer appointed to represent you for free from the office of the Federal Public Defender or the Indigent Defense Panel. The application for free counsel includes a financial affidavit, which you must sign under penalty of perjury. If you say something on the form that is not true or leave out material information, you could be charged with another crime, such as perjury or making a false statement.

If you are not a United States citizen, you may request that the prosecution notify your consular office that you have been arrested. Even without such a request, the law may require the prosecution to do so.

## IF YOU ARE MAKING YOUR INITIAL APPEARANCE BEFORE THE COURT

You have a right to a bail hearing in which the Magistrate Judge will determine whether you will be released from custody before trial. If you disagree with the Magistrate Judge's decision, you can appeal that decision to another Judge of this Court. You or the prosecutor can request that the bail hearing be continued to another day.

If you have been charged by complaint, you are entitled to a preliminary hearing within 14 days if the Magistrate Judge orders that you be detained pending trial, or 21 days if the Magistrate Judge orders that you be released pending trial. In a preliminary hearing, the prosecution will attempt to show that there is probable cause to believe that you committed the crime charged in the complaint. You will not be entitled to a preliminary hearing, however, if the prosecution obtains an indictment in your case before the time set for the preliminary hearing. (Most often, the prosecutors in the Central District of California present their cases to the grand jury before the time set for the preliminary hearing and, therefore, no preliminary hearing is held.)

## IF YOU ARE CHARGED WITH A VIOLATION OF
## YOUR CONDITIONS OF SUPERVISED RELEASE OR PROBATION

If you are charged with a violation of the terms and conditions of your supervised release or probation and the Magistrate Judge detains you, you have the right to a preliminary hearing before a Magistrate Judge.

---

*continued on Page 2*

## IF YOU ARE CHARGED IN ANOTHER DISTRICT

If you have been arrested on a charge from another district, you are entitled to wait until the prosecution produces a copy of the warrant authorizing your arrest. You are also entitled to an identity hearing in which the prosecution would have the burden of proving there is probable cause to believe that you are the person named in the charges. If you are charged in a complaint from another district, you may request to have a preliminary hearing held in the charging district. If you are charged with a violation of a term of supervised release or probation imposed in another district, you have a right to a preliminary hearing, which may, depending on where the alleged violation occurred, be held either here or in the charging district.

If you want to plead guilty in the Central District of California, you may request to have your case transferred to this district. To proceed in this district, the United States Attorneys for this district and the charging district must agree to the transfer.

## IF YOU ARE APPEARING FOR ARRAIGNMENT

If you have been charged by indictment or information, you will be arraigned and may be asked to enter a not guilty plea today. After your arraignment, your case will be assigned to a District Judge of this Court for all further proceedings, unless a Judge has already been assigned.

You are entitled to a speedy and public trial by jury. The right to a jury trial can be waived.

You are entitled to see and hear the evidence and cross-examine the witnesses against you. You are entitled to the processes of the Court to subpoena witnesses on your behalf without cost to you if you are indigent. You do not have to prove your innocence. The prosecution has the burden to prove your guilt beyond a reasonable doubt.

---

## ACKNOWLEDGMENT OF DEFENDANT:

I have read the above Advisement of Rights and understand it. I do not require a translation of this statement nor do I require an interpreter for court proceedings.

Dated: 9/19/2024 _____        _Teuntic Guererro - Serrano_
                                          *Signature of Defendant*

                                  *[or]*

I have personally heard a translation in the _____ language read to me and understand the above Advisement of Rights.

Dated: _____        _____
                                          *Signature of Defendant*

---

## STATEMENT OF THE INTERPRETER:

I have translated this Advisement of Rights to the Defendant in the _____ language.

Dated: _____        _____
                                          *Signature of Interpreter*

                                 _____
                                          *Print Name of Interpreter*

---

## STATEMENT OF COUNSEL:

I am satisfied that the defendant has read this Advisement of Rights or has heard the interpretation thereof and that he/she understands it.

Dated: 9/19/2024 _____        /s/ Ryan Shelley
                                          *Signature of Attorney*

---

CR-10 (06/18)        **ADVISEMENT OF DEFENDANT'S STATUTORY & CONSTITUTIONAL RIGHTS**        PAGE 2 OF 2

FILED
CLERK, U.S. DISTRICT COURT

SEP 19 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

PLAINTIFF

v.

Jeandiel Serrano

DEFENDANT.

CASE NUMBER:

2:24-mj-05703-DUTY

## WAIVER OF RIGHTS
## (OUT OF DISTRICT CASES)

I understand that charges are pending in the _____ District of ___the District of Columbia___
alleging violation of ___18:1349 ; 18:1956(h)___ and that I have been arrested in this district and
*(Title and Section / Probation / Supervised Release)*
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:
- (1)   have an identity hearing to determine whether I am the person named in the charges;
- (2)   arrival of process;

*-Check one only-*

☑   **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**
- (3)   have a preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
- (4)   request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐   **PROBATION OR SUPERVISED RELEASE CASES:**
- (3)   have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S)  TO:**

☑   have an identity hearing
☑   arrival of process
☐   have a preliminary hearing
☐   have an identity hearing, and I have been informed that I have no right to a preliminary hearing
☐   have an identity hearing, but I request that a preliminary hearing be held in the prosecuting district.

_Jeandiel Guerrero - Serrano_
Defendant

_____
Defense Counsel

Date: _9/19/2024_

_____
United States Magistrate Judge     STEVE KIM

I have translated this Waiver to the defendant in the _____ language.

Date: _____

_____
Interpreter(if required)

Name & Address:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | | CASE NUMBER: |
|---|---|---|
| | PLAINTIFF(S) | 24mj5703 |
| v. | | |

| | | **FINAL COMMITMENT AND WARRANT OF REMOVAL** |
| Jeandiel Serrano | | _____ District of _____Columbia_____ |
| | DEFENDANT(S). | At _____Washington_____ |
| | | *(City)* |

## To: United States Marshal for the Central District of California

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after the filing of a(n):

☑ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court

☐ Pretrial Release Violation Petition   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)   Conspiracy to Commit Wire Fraud; Conspiracy to Launder Monetary Instruments

☑ in violation of Title __18__ United States Code, Section (s) __1349; 1956(h)__

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

The defendant has now:

☑ duly waived arrival of process.
☑ duly waived identity hearing before me on __9/19/24__.
☐ duly waived preliminary hearing before me on _____.
☐ had a preliminary hearing before me on _____, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ had an identity hearing before me on _____, and it appears that the defendant is the person named as charged, and:
   ☐ Bail has been set at $_____ but has not been posted.
   ☑ No bail has been set.
   ☑ Permanent detention has been ordered.
   ☐ Temporary detention has been ordered.

| September 19, 2024 | _____ STEVE KIM |
|---|---|
| Date | United States Magistrate Judge |

## RETURN

Received this commitment and designated prisoner on _____, and on _____, committed him to _____ and left with the custodian at the same time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

| _____ | _____ |
|---|---|
| Date | Deputy |

**Query**     **Reports**     **Utilities**     **Help**     **What's New**     **Log Out**

CLOSED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:24-mj-05703-DUTY All Defendants

Case title: USA v. Serrano                          Date Filed: 09/19/2024

Other court case number: 1:24cr00417 District of Columbia          Date Terminated: 09/19/2024

Assigned to: Duty Magistrate Judge

**Defendant (1)**

**Jeandiel Serrano**                          represented by   **Ryan Shelley**
*TERMINATED: 09/19/2024*                                      Federal Public Defenders Office
                                                              321 East 2nd Street
                                                              Los Angeles, CA 90012
                                                              213-894-2854
                                                              Fax: 213-894-0081
                                                              Email: ryan_shelley@fd.org
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*
                                                              *Designation: Public Defender or*
                                                              *Community Defender Appointment*

**Pending Counts**                                **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                             **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                    **Disposition**

None

**Plaintiff**

**USA**                                          represented by **US Attorney's Office**
AUSA - Office of US Attorney
Criminal Division - US Courthouse
312 North Spring Street 12th Floor
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/19/2024 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Jeandiel Serrano, originating in the District of Columbia. Defendant charged in violation of: 18:1349,1956(h). Signed by agent Leyla Wirtz, FBI, Special Agent. USA. (mhe) (Entered: 09/23/2024) |
| 09/19/2024 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Jeandiel Serrano; defendants Year of Birth: 2003; date of arrest: 9/18/2024 (mhe) (Entered: 09/23/2024) |
| 09/19/2024 | 3 | ORAL MOTION UNSEAL CASE. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (mhe) (Entered: 09/23/2024) |
| 09/19/2024 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Steve Kim as to Defendant Jeandiel Serrano. Granting 3 MOTION for Oral Motion as to Jeandiel Serrano (1); Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations;see General Order 21-02 (written order). Defendant arraigned and states true name is as charged. Attorney: Ryan Shelley for Jeandiel Serrano, Deputy Federal Public Defender, present. Court orders defendant Permanently detained. Defendant remanded to the custody or currently in the custody of the US Marshal. Court orders defendant held to answer to District of Columbia. Warrant of Removal and final commitment to issue. Court Smart: CS 9/19/24. (mhe) (Entered: 09/23/2024) |
| 09/19/2024 | 5 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Jeandiel Serrano (mhe) (Entered: 09/23/2024) |
| 09/19/2024 | 6 | MINUTES OF IN CHAMBERS ORDER OF DETENTION by Magistrate Judge Steve Kim as to Defendant Jeandiel Serrano. (mhe) (Entered: 09/23/2024) |
| 09/19/2024 | 7 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Jeandiel Serrano. (mhe) (Entered: 09/23/2024) |
| 09/19/2024 | 8 | FINANCIAL AFFIDAVIT filed as to Defendant Jeandiel Serrano. (Not for Public View pursuant to the E-Government Act of 2002) (mhe) (Entered: 09/23/2024) |
| 09/19/2024 | 9 | WAIVER OF RIGHTS approved by Magistrate Judge Steve Kim as to Defendant Jeandiel Serrano. (mhe) (Entered: 09/23/2024) |
| 09/19/2024 | 10 | Defendant Jeandiel Serrano arrested on warrant issued by the USDC District of Columbia at Washington DC. (Attachments: # 1 Charging Documents)(mhe) (Entered: 09/23/2024) |
| 09/19/2024 | 11 | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Steve Kim that Defendant Jeandiel Serrano be removed to the District of Columbia (mhe) (Entered: 09/23/2024) |
| 09/19/2024 |  | Notice to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to Defendant Jeandiel Serrano. Your case number is: 1:24cr00417. The clerk will transmit any restricted |

documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 11 Warrant of Removal and Commitment to Another District. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (mhe) (Entered: 09/23/2024)