**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| UNITED STATES OF AMERICA |
| v. |
| JEANDIEL SERRANO, |
| Defendant. |

Criminal Action No. 24-417-2 (CKK)

**ORDER**
(October 18, 2024)

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**, that Defendant's [17] Motion to Revoke Detention Order is **DENIED**.

**SO ORDERED**.

**Dated:** October 18, 2024

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge