# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MALONE LAM (1) and<br>JEANDIEL SERRANO (2),<br><br>Defendants. | Criminal Action No. 24-417 (CKK) |

**ORDER**
(February 18, 2025)

For the reasons explained in the [38] Consent Motion to Vacate and for good cause shown, it is hereby:

**ORDERED** that the [38] Consent Motion to Vacate is **GRANTED**;

**ORDERED** that status conference scheduled for February 19, 2025 is **VACATED**;

**ORDERED** that the parties shall coordinate with Chambers to schedule a new hearing date to be held no later than March 7, 2025; and further

**ORDERED** that Defendants shall file signed, written waivers memorializing their consent to excluding the time period between February 19, 2025 and March 7, 2025 from the computation of time under the Speedy Trial Act no later than **FEBRUARY 28, 2025**.

**SO ORDERED.**

*Colleen Kollar-Kotelly*
COLLEEN KOLLAR-KOTELLY
United States District Judge

1